# Fred Lichtmacher, Esq.
The empire State Building
350 5th Avenue Suite 7116
New York, New York 10118
(212) 922-9066
Fax # (212) 922-9077

February 8, 2008

**HONORABLE. SANDRA L. TOWNES**
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201
<u>Via ECF</u>

<u>Estes v NYC, et al</u>, 01 cv 5158 (SLT)

Your Honor:

      I represent the plaintiff in the above-entitled matter. I write to respectfully request that pursuant to Local Rule 1.4, I be relieved as counsel for the plaintiff in said action.

      Mindful of not violating attorney client confidentiality, I will reveal only that the client and I have completely different opinions regarding my representation of him. Having attempted to explain my position to the client on several matters regarding this case there has been an unresolved series of disagreements between us. Therefore I have no possible choice but to respectfully seek the Court's permission to allow me to withdraw.

      I draw the Court's attention to the docket sheet which shows that plaintiff has filed his Notice of Appeal *(pro se)*. He also has filed to proceed *in forma pauperis* without consulting me.

      In light of the above, I respectfully request I be allowed to withdraw.

      Respectfully submitted,


      Fred Lichtmacher

cc:    Assistant Corporation Counsel
        Afsaan Saleem

cc:    Anthony Estes